UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                              **DATE OF PROCEEDING:** May 7, 2025

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER: SHARON RICCI**

**TITLE OF CASE AND DOCKET NUMBER:**

JANSENIUS v. HOLTEC INTERNATIONAL, et al.
1:21-cv-3203-KMW-SAK

**APPEARANCES:**

CHRISTOPHER DELGAIZO, ESQ. and DEREK SMITH, ESQ. – for Plaintiff
SCOTT CASHER, ESQ. and FARZANA YEAGER, ESQ. – for Defendant Holtec
    International
JOHN D. SHEA, ESQ. and ZACHARY DANNER, Esq. – for Defendants Murray and
    Sonic Systems International, Inc.

**NATURE OF PROCEEDINGS:**  TRIAL W/JURY CONTINUED BEFORE HON. KAREN M. WILLIAMS

Arthur Dwayne Jansenius resumes for the plaintiff.
Hearing on all defendants' motions for directed verdict as a matter of law pursuant to Fed.R.Civ.P. 50.
Decision reserved.
Trial w/Jury adjourned until May 8, 2025 at 9:30 a.m.

                                        DEPUTY CLERK: s/Nicole Ramos

Time Commenced:    9:35 a.m.   Time Adjourned:    9:40 a.m.
Time Commenced:   10:35 a.m.   Time Adjourned:   12:25 p.m.
TOTAL TIME:       **1 hr., 55 mins.**